IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 3:12-CR-30137-MJR |
| | ) | |
| GARY W. MCARTHUR, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court is the United States of America's Motion for Order Authorizing Release of Grand Jury Testimony (Doc. 28). For good cause shown, pursuant to Fed.R.Crim.P.6(e)(3)(E)(i), the motion is hereby **GRANTED**. The United States may provide a copy of the case agent's grand jury testimony to defense counsel. Defense counsel shall not copy or disseminate the transcript.

IT IS SO ORDERED.

DATE: October 12, 2012

s/ Michael J. Reagan
MICHAEL J. REAGAN
UNITED STATES DISTRICT JUDGE